Fred Wilson FRANCE, Plaintiff in Error,

v.

The STATE of Oklahoma, Defend-
ant in Error.

No. A–14989.

Court of Criminal Appeals of Oklahoma.

March 11, 1970.

Don Anderson, Public Defender, Okla-
homa County, Okla., for plaintiff in error.

G. T. Blankenship, Atty. Gen., Dale F.
Crowder, Duane Lobaugh, Asst. Attys.
Gen., for defendant in error.

NIX, Judge.

Plaintiff in error, Fred Wilson France,
was charged in the District Court of Okla-
homa County with the crime of Robbery by
Force or Fear. He was tried by a jury,
found guilty, and his punishment assessed
at Nine Years in the penitentiary. From
that judgment and sentence he appeals.

From the record, it appears that on
April 11, 1968, Mrs. Junia Azel King, 85
years old, was walking on Harvey near
Main Street in Oklahoma City, when a man
grabbed her from behind, snatched her
purse, and ran away. She never did see his
face. A bystander chased the man, re-
trieved the purse and returned it to Mrs.
King. Don Myers was the bystander, who
happened to be driving by, saw the inci-
dent, parked his car, gave chase, retrieved
the purse and returned it to the victim. He
identified the defendant as the purse
snatcher, and Mrs. King as the lady whose
purse was taken. Officer Guiterres of the
Oklahoma City Police Department arrested
defendant at the place where Myers
caught up with him and retrieved the purse.
The defendant did not testify nor offer any
evidence in his behalf.

This Court has considered the alle-
gations raised by defendant on appeal, and
find that the evidence was more than suf-
ficient to support the verdict of the jury.
See, Williams v. State, Okl.Cr., 373 P.2d 91.

We further find that the sentence
was not excessive, in view of the fact that
the minimum sentence is five years, and
the maximum—life imprisonment.

In conclusion, we are of the opinion that
the defendant had a fair and impartial

trial, and that there was sufficient evidence to sustain the judgment and sentence. Affirmed.

BRETT, P. J., and BUSSEY, J., concur.